**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

FILED
JAMES BONINI
CLERK

09 NOV 30 AM 10: 14

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

NATIONWIDE INSURANCE COMPANY :
280 North High Street, Suite 810 :
Columbus, Ohio 43215 :
:
and :
:
SHARON LINDINGER :
13 Prospect Street :
Mechanicsburg, Ohio 43044 :
:
              Plaintiffs, :
vs. :
:
UNITED STATES DEPARTMENT OF :
JUSTICE :
FEDERAL BUREAU OF INVESTIGATION :
550 Main Street, Room 9000 :
Cincinnati, Ohio 45202 :
:
              Defendant. :

CASE NO.: **2 : 0 9 cv 1 0 8 6**

JUDGE     **JUDGE GRAHAM**

**MAGISTRATE JUDGE KING**

<u>COMPLAINT</u>

## I. Parties

1.    Plaintiff Nationwide Insurance Company is an Ohio Corporation with its principal

place of business located in Columbus, Ohio.

2.    Plaintiff Sharon Lindinger is a private individual residing in Mechanicsburg,

Ohio.

3.    Defendant United States Department of Justice, a Department of the United States

of America, as employer of Robert Moledor acting within the course and scope of his

employment, is a proper party pursuant to 28 U.S.C. Section 2679 (b).

## II. Jurisdiction and Venue

4.      Jurisdiction is proper in this Court under 28 U.S.C Section 1331 and 28 C.F.R. 14.9 (a) because this action arises under the laws of the United States.  All prerequisites to this Court's jurisdiction including exhaustion of administrative remedies have been met.

5.      Venue is proper in this Court as this cause of action arose within this Court's Federal Judicial District.

## III. Statement of Claim

6.      At all times herein Nationwide Insurance Company was the insurer, assignee and subrogee of Plaintiff Sharon Lindinger.

7.      On or about April 16, 2009, on Marconi Boulevard in the County of Franklin, State of Ohio, Robert G. Moledor negligently operated a motor vehicle in such a manner so as to damage Plaintiff Nationwide Insurance Company's insured's motor vehicle.

8.      At all times material herein, Robert G. Moledor was an agent or employee of Defendant United States Department of Justice as employed by the Federal Bureau of Investigation and was acting in the course and scope of said agency or employment.

9.      As a direct and proximate result of Robert G. Moledor's negligence, Plaintiff Nationwide's insured's motor vehicle was damaged in the total amount of $1,796.01 which includes towing, storage and rental expenses where applicable and Plaintiff's insured's deductible expense.

10.     Pursuant to a policy of insurance, Plaintiff Nationwide Insurance Company was required to pay and did pay to or on behalf of its insured the sum of $1,457.22 and thereby became subrogated to that amount.

11.    Plaintiff Sharon Lindinger sustained an unreimbursed loss in the amount of $298.79.

12.   Plaintiffs have satisfied all extrajudicial and administrative remedies and this claim has been denied.  Please see attached Exhibit A.

## IV. Relief

WHEREFORE, Plaintiffs demand judgment against Defendant United States Department of Justice, in the amount of $1,796.01, plus whatever other relief to which they may be entitled, including the costs of this action and reasonable attorney's fees.

Respectfully submitted,

Jason C. Hunter, Esq. (#0073317)
280 North High Street, Suite 810
Columbus, Ohio 43215
(614) 249-0615 Telephone
(614) 249-8752 Fax
huntej21@nationwide.com
Attorney for Plaintiffs